UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRON CURRY, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>WELLS FARGO BANK, N.A.,<br><br>        Defendant. | Case No. 24-cv-01358-AGT<br><br>**RECUSAL ORDER** |

     I, the undersigned judge, find myself disqualified to preside over the above-entitled action. I recuse myself and request that the case be reassigned under the Assignment Plan.

     **IT IS SO ORDERED.**

Dated: March 8, 2024

                                                          Alex G. Tse<br>
                                                          United States Magistrate Judge