UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE GEORGETTE FLORES,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK N.A,<br><br>    Defendant. | Case No. 25-cv-00001-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Maxine M. Chesney for consideration of whether the case is related to *Curry v. Wells Fargo Bank, N.A.*, 24-cv-01358-MMC.

**IT IS SO ORDERED.**

Dated: January 2, 2025

THOMAS S. HIXSON
United States Magistrate Judge