IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE MODIFICATION LITIGATION | Case No. 24-cv-01358-MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO CONSOLIDATE; VACATING HEARING** |

Before the Court is defendant Wells Fargo Bank, N.A.'s ("Wells Fargo") Motion, filed January 17, 2025, "to Consolidate Other Action," whereby Wells Fargo seeks an ordering consolidating the above-titled action with Flores v. Wells Fargo Bank, N.A., 25-cv-00001-MMC ("the Flores Action"), as well as an order directing plaintiffs in the instant action to amend the operative consolidated complaint.  Plaintiffs in the instant action have filed a response to the motion, to which Wells Fargo has not replied.  Plaintiff in the Flores Action has not filed a response to the motion.  Having read and considered the papers filed in support of and in response to the motion, the Court deems the matter appropriate for decision thereon, VACATES the hearing scheduled for February 28, 2025, and hereby rules as follows:

    1.  To the extent Wells Fargo seeks an order consolidating the above-titled action and the Flores Action, the Court, for the reasons stated by Wells Fargo (see Def.'s Mot. at 4:24-9:4), as well as by plaintiffs in their response (see Pls.' Response at 3:23-7:20), hereby GRANTS the motion.

//

2. To the extent Wells Fargo seeks an order directing plaintiffs to amend the operative consolidated complaint, the Court, for the reasons stated by plaintiffs (see id. at 7:21-8:2; Dann Decl. ¶¶ 3-7), hereby DENIES the motion.

**IT IS SO ORDERED.**

Dated: February 12, 2025

                                                MAXINE M. CHESNEY
                                                United States District Judge