DANNLAW
MARC E. DANN (*admitted pro hac vice*)
15000 Madison Avenue
Lakewood, OH  44107
Tel: 216/373-0539

ZIMMERMAN LAW OFFICES, P.C.
THOMAS A. ZIMMERMAN, JR.
(*admitted pro hac vice*)
77 W. Washington Street, Suite 1220
Chicago, IL  60602
Tel: 312/440-0020

*Interim Co-Lead Class Counsel*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Wells Fargo Mortgage Modification Litigation* | **Case No. 3:24-cv-01358-MMC** |
| | **STIPULATION FOR LEAVE TO FILE EXCESS PAGES FOR PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT AND DEFENDANT'S REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS** |
| | Date: May 9, 2025<br>Time: 9:00 a.m.<br>Place: San Francisco Courthouse<br>Courtroom 7 – 19th Floor<br>450 Golden Gate Avenue, San Francisco, CA 94102<br>Judge: Hon. Maxine M. Chesney |
| | Compl. Filed: March 7, 2024<br>Consolidated Class Action Compl. Filed: July 8, 2024<br>Second Amended Consolidated Class Action Compl. Filed: January 9, 2025 |

WHEREAS, Plaintiffs filed their Second Amended Consolidated Class Action Complaint on January 9, 2025 (Dkt. 87);

WHEREAS, Defendant filed its Motion to Dismiss Plaintiffs' Second Amended Consolidated

*Stipulation for Leave to File Excess Pages*
Case No. 3:24-cv-01358-MMC
1

Complaint on February 24, 2025 (Dkt. 97);

WHEREAS, the Parties have met-and-conferred in good faith regarding Plaintiffs' requests for additional pages for Plaintiffs' Memorandum in Opposition to Defendant's Motion to Dismiss based upon the substantive legal arguments raised by the Defendant in its Motion;

THEREFORE, IT IS HEREBY STIPULATED pursuant to Civil L.R. 7-4(b) that the Plaintiff shall have leave to file five (5) additional pages or thirty (30) pages total for its Memorandum in Opposition to Defendant's Motion to Dismiss and Defendant shall have five (5) additional pages or twenty (20) pages for its Reply in Support of Defendant's Motion to Dismiss.

**IT IS SO STIPULATED.**

Dated: March 29, 2025        By:    */s/*Marc E. Dann
                                    Marc E. Dann (admitted *pro hac vice*)
                                    Brian D. Flick
                                    DannLaw
                                    15000 Madison Avenue
                                    Lakewood, OH 44107
                                    Telephone: (216) 373-0539
                                    Facsimile: (216) 373-0536
                                    notices@dannlaw.com

                                    Alisa Rose Adams (Cal Bar #277697)
                                    DannLaw
                                    26100 Towne Center Drive
                                    Foothill Ranch, CA 92610-3442
                                    Telephone: (949) 200-8755
                                    Facsimile: (866) 843-8308
                                    notices@dannlaw.com

                                    Thomas A. Zimmerman, Jr. (admitted *pro hac vice*)
                                    Zimmerman Law Offices, P.C.
                                    77 W. Washington Street, Suite 1220
                                    Chicago, Illinois 60602
                                    Telephone: (312) 440-0020
                                    Facsimile: (312) 440-4180
                                    tom@attorneyzim.com

                                    Charles E. Schaffer
                                    Pennsylvania Bar No. 76259
                                    Daniel C. Levin
                                    Pennsylvania Bar No. 80013
                                    Levin Sedran & Berman LLP
                                    510 Walnut Street, Suite 500
                                    Philadelphia, PA 19106
                                    Tel: (215) 592-1500

D. Aaron Rihn (admitted *pro hac vice*)
PA Bar ID No.: 85752
Robert Peirce & Associates, P.C.
707 Grant Street, Suite 125
Pittsburgh, PA 15219
Telephone: (412) 281-7229
Fax: (412) 281-4229
arihn@peircelaw.com

*Interim Co-Lead Class Counsel for Plaintiffs*

By:    /s/Shawn R. Obi
Amanda L. Groves (SBN: 187216)
agroves@winston.com
Shawn R. Obi (SBN: 288088)
sobi@winston.com
Winston & Strawn LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Angela A. Smedley (*pro hac vice* forthcoming)
asmedley@winston.com
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
Telephone: 212-294-5348
Facsimile: 212-294-4700

Attorneys for Defendant
WELLS FARGO BANK, N.A.

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

By:    /s/Marc E. Dann
Marc E. Dann