DANNLAW
MARC E. DANN (*admitted pro hac vice*)
15000 Madison Avenue
Lakewood, OH  44107
Tel: 216/373-0539

ZIMMERMAN LAW OFFICES, P.C.
THOMAS A. ZIMMERMAN, JR.
(*admitted pro hac vice*)
77 W. Washington Street, Suite 1220
Chicago, IL  60602
Tel: 312/440-0020

*Interim Co-Lead Class Counsel*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MYRON CURRY, *et al*., individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>                    Defendant. | Case No. 3:24-cv-01358-MMC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR LEAVE TO FILE EXCESS PAGES FOR PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT AND DEFENDANT'S REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS** |

**[PROPOSED] ORDER**

1

*[PROPOSED] ORDER GRANTING STIPULATION FOR LEAVE TO FILE EXCESS PAGES*
Case No. 3:24-cv-01358-MMC

The Court has received and reviewed the Stipulation of Plaintiffs Myron Curry, Darrell Forney, Chester Nelson, Samuel Beloff, John Risconsin, Adrenia Kea, Ruth Vergara, Laurence Peterson, Marcia Peterson, Bradley Liggett, Kyra Liggett, Deanna Clingerman, Brian Keaveny, and Renee Boucher Ferguson, individually and on behalf of all others similarly situated, ("Plaintiffs") and Defendant Wells Fargo Bank, N.A. ("Defendant") seeking leave pursuant to Civil L.R. 7-4(b) to file five (5) additional pages to Plaintiffs' Memorandum in Opposition to Defendant's Motion to Dismiss Plaintiffs' Second Amended Consolidated Complaint and Defendant's Reply Brief in Support of its Motion to Dismiss. Based on the stipulation and GOOD CAUSE APPEARING, it is hereby ordered that Plaintiffs may have leave to file a Memorandum in Opposition to Defendants' Motion to Dismiss Plaintiffs' Second Amended Consolidated Complaint of no more than thirty (30) pages and Defendant shall have leave to file a Reply Brief in Support of its Motion to Dismiss of no more than twenty (20) pages.

**IT IS SO ORDERED.**

Dated:

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

2
*[PROPOSED] ORDER GRANTING STIPULATION FOR LEAVE TO FILE EXCESS PAGES*
Case No. 3:24-cv-01358-MMC