IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE WELLS FARGO MORTGAGE
MODIFICATION LITIGATION

Case No. 24-cv-01358-MMC

**ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

Before the Court is defendant's Motion, filed February 24, 2025, "to Dismiss Plaintiffs' Second Amended Consolidated Class Action Complaint."  Plaintiffs have filed opposition, to which defendant has replied.  Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for May 23, 2025.

**IT IS SO ORDERED.**

Dated: May 14, 2025

MAXINE M. CHESNEY
United States District Judge