United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE WELLS FARGO MORTGAGE MODIFICATION LITIGATION

Case No. 24-cv-01358-MMC

**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO DISMISS**

Before the Court is defendant Wells Fargo Bank, N.A.'s ("Wells Fargo") motion, filed February 20, 2026, "to Dismiss Plaintiffs' Third Amended Consolidated Class Action Complaint." Plaintiffs have filed opposition, to which Wells Fargo has replied. The matter came on regularly for hearing on April 17, 2026. Marc E. Dann of DannLaw and Matthew C. De Re of Zimmerman Law Offices, P.C. appeared on behalf of plaintiffs. Amanda L. Groves and Shawn R. Obi of Winston & Strawn LLP appeared on behalf of Wells Fargo.

Having considered the parties' respective written submissions and the arguments of counsel at the hearing, the Court, for the reasons stated in detail on the record at the hearing, hereby rules as follows:

1. To the extent Wells Fargo seeks dismissal of Count One ("Breach of Contract") the motion is DENIED.
2. To the extent Wells Fargo seeks dismissal of Count Eight ("Unjust Enrichment") the motion is GRANTED and Count Eight is dismissed in light of plaintiffs' pursuing their Breach of Contract claims.

United States District Court
Northern District of California

3. To the extent Wells Fargo seeks dismissal of Counts Two through Seven (violations of state consumer protection laws), the motion is GRANTED and Counts Two through Seven are dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: April 24, 2026

MAXINE M. CHESNEY
United States District Judge